## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRINA AFONENKOVA**<br>**ANDRE EZHOV**<br>**NIKOLAY LEGABIN**<br>**VLADIMIR PARFENOV**<br>**TATIANA PIVE**<br>**DENIS PUGACHEV**<br>**ALEXANDR GOLOVKO**<br>**SVETLANA SKACHKOVA**<br>**Russia,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**UNITED STATES CUSTOMS AND**<br>**BORDER PROTECTION**<br>**Washington, D. C.,**<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-1280<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR INJUNCTIVE RELIEF

1.    This is an action brought by the plaintiffs, Irina Afonenkova & Andre Ezhov

& Nikolay Legabin & Vladimir Parfenov & Tatiana Piven & Denis Pugachev & Alexandr

Golovko & Svetlana Skachkova, employed by the Russian airline Aeroflot ("employees")

under the Freedom of Information Act ["FOIA"], 5 U. S. C. §§552, *et. seq.*, and Privacy Act

["Privacy"], 5 U.S.C. §§552a, *et. seq.*, to enjoin defendant, United States Customs and

Border Protection ("CBP") from withholding from public disclosure certain records about

the employees within the possession and control of CBP.

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B) and §552a(g)(1)(D).

3. The employees reside in Russia.

4. CBP is an agency within the Department of Homeland Security of the United States of America.

5. In a letter of November 16, 2015 to CBP, copy attached as Exhibit A, the plaintiffs requested all records, including electronic records, regarding the seizure of currency from each of the requesters.

6. In letters of January 4 and February 22, 2016 to CBP, copies attached as Exhibit B, the plaintiffs appealed the failure of CBP to responde to the November 16, 2015 request.

7. In a letter of May 24, 2016, copy enclosed as Exhibit C, to CBP a further complaint was filed for CBP's continued failure to respond to 2015 request for records.

8. CBP's continued refusal to respond to plaintiffs' request is a denial of the request and an exhaustion of the administrative proceeding giving this court jurisdiction.

WHEREFORE, plaintiffs respectfully request the Court:

1. To take jurisdiction of this cause of action;

2. To order CBP to immediately release the requested records to the plaintiffs; and,

3. To grant such other and further relief as the Court may deem proper and just including attorney fees and costs.

Respectfully submitted,

PETER S. HERRICK, D.C. Bar #137935
Peter S. Herrick, P.A.
4637 Bayshore Blvd NE
St Petersburg FL 33703
Tel. 786-877-6317
Fax. 727-350-4535
Email: pssherrick@gmail.com

Attorney for Plaintiffs